UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

-vs-                                                                                          Case No. 08-34-0

**SHAWN MENDOZA**

_____

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 40, FED.R.CRIM.P.

**SHAWN MENDOZA**, having been arrested and presented before me for removal proceedings pursuant to Rule 40, Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5 (c) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 40 Indictment from SD/IN - Evansville was held on May 13, 2008.

After hearing the evidence, I find that **SHAWN MENDOZA** is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that **SHAWN MENDOZA** be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Tennessee this __21st____ day of May, 2008.

_____s/Diane K. Vescovo_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office